

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-76,970-02

**IN RE PHILIPPE PADIEU, Relator**

**ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NOS. 219-82280-07, 219-82276-07, 219-82279-07,
219-82278-07, 219-82277-07, AND 219-82705-07
IN THE 219TH DISTRICT COURT FROM COLLIN COUNTY**

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator states that he filed an application for a writ of habeas corpus in the 219th District Court of Collin County on May 21, 2012. More than 180 days has passed since the date of the alleged filing, and the application has not been forwarded to this Court. *See* TEX. R. APP. PROC. 73.4(b)(5).

Respondent, the District Clerk of Collin County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of

receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an application for a writ of habeas corpus in Collin County. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 7, 2016
Do not publish